**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony L Rodrigues, | No. CV-16-08272-PCT-DGC (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

On December 13, 2018, the Court issued an Order (Doc. 144) which was mailed to the Plaintiff at his address as reflected in Plaintiff's Notice of Change of Address filed October 5, 2018 (Doc. 142). On December 19, 2018, the Court's mailing was returned with the following notation from the United States Postal Service ("USPS"): "Return to Sender/Not deliverable as Addressed/Unable to Forward."

By Order issued March 1, 2017, the Court advised Plaintiff that "[i]f Plaintiff's address changes, Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. . . . Failure to comply may result in dismissal of this action." (Doc. 7 at 10). Plaintiff is aware of the Court's warning as evidenced by several Notices of Change of Address filed in this matter (Docs. 137, 140). As of the date of the filing of this Order, Plaintiff has not filed an updated Notice of Change of Address as required.

**IT IS ORDERED** that the Plaintiff show cause no later than **January 11, 2019** why this case should not be dismissed for Plaintiff's failure to (i) abide by the Court's Order, and (ii) prosecute the case pursuant to Fed. R. Civ. P. 41(b).

Dated this 21st day of December, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge